UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-421JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | BENCH WARRANT |
| MOHAMED A. MOALLIM, Defendant. | ) | |

The United States Marshal is hereby commanded to arrest defendant, Mohamed A. Moallim, and bring defendant forthwith before the undersigned for the reason that defendant failed to appear on February 19, 2004, at 9:00 a.m. pursuant to an Order for Debtor's Examination in the above-entitled case.

The United States Marshal is further commanded to detain defendant in custody until defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Ordered this 19th day of February, 2004. J Earl Cudd

UNITED STATES MAGISTRATE JUDGE

FILED FEB 19 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK